UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| | |
|---|---|
| Pusan Coupling Corporation<br><br>                            Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                            Defendant. | **S U M M O N S**<br><br>Court No.   25-00092 |

**TO:**    The Attorney General and the Secretary of Homeland Security:

       **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                               **/s/ Mario Toscano**
                                               Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 5301 | Center (if known): | CEE005 - Base Metals |
|---|---|---|---|
| Protest Number: | 5301-24-109931 | Date Protest Filed: | 07/19/2024 |
| Importer: | Pusan Coupling Corporation | Date Protest Denied: | 02/15/2025 |
| Category of Merchandise: | Steel couplings | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| E8L23043685 | 05/23/2023 | 04/12/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Erik D. Smithweiss
ESmithweiss@GDLSK.com
(213) 452-0863
Grunfeld Desiderio Silverman Lebowitz & Klestadt
707 Wilshire Blvd., Suite 4190
Los Angeles, CA 90017

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Steel Couplings | 7306.30.5032 | Duty free | 7307.92.3010 | Duty Free |
| | 9903.80.01 | 25% *ad val.* (Section 232) | | |
| | 9903.88.15 | 7.5% *ad val.* (Section 301) | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| The couplings do not have a country of origin of China but rather have a country of origin of Korea and are classified under 7307.92.3010, HTSUS. Section 232 did not apply to subheading 7307.92.3010 at the time of entry. |

| The issue which was common to all such denied protests: |
|---|
| |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

May 19, 2025
_____
*Date*